## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

RUSSELL T. NEAL,
    Plaintiff,

vs.                                    Case No: 3:06cv17/MCR/EMT

SGT. SLOCOMB, et al.,
    Defendants.
_____/

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 3, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's claims against the nursing staff Defendants regarding the denial of adequate medical care are **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.  The clerk is directed to change the docket to reflect that Officer Bolton and Doctor Hart are the only Defendants in this action.

    4.  This matter is referred to the assigned Magistrate Judge for service of the fourth amended complaint on Officer Bolton and Doctor Hart.

    **DONE AND ORDERED** this 2nd day of May, 2007.

                                                  _s/ M. Casey Rodgers_
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**