IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL T. NEAL,
    Plaintiff,

vs.                               Case No.: 3:06cv17/MCR/EMT

OFFICER BOLTON
and DOCTOR HART,
    Defendants.
_____/

## O R D E R

        This matter is before the court upon referral from the district judge. On May 2, 2007, the district judge issued an order dismissing several Defendants and claims from this civil rights action (*see* Doc. 24). Pursuant to that order, the only remaining Defendants in this action are Officer Bolton and Doctor Hart (*id.*). As service of the fourth amended complaint on the remaining Defendants is now appropriate, Plaintiff shall be required to provide two (2) complete and identical copies of the fourth amended complaint (Doc. 22), including all pages attached thereto. Upon receipt of the copies, the court will direct the United States Marshal Service to serve Defendants.

        Accordingly, it is **ORDERED**:

        1.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Plaintiff shall submit two (2) identical and complete copies of his fourth amended complaint (Doc. 22). This case number should be written on the copies.

        2.    Failure to respond to this order as instructed may result in dismissal of this action for failure to comply with an order of the court.

        **DONE AND ORDERED** this 4th day of May 2007.

                */s/ Elizabeth M. Timothy*
                **ELIZABETH M. TIMOTHY**
                **UNITED STATES MAGISTRATE JUDGE**