**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RUSSELL T. NEAL,
     Plaintiff,

vs.                                      Case No. 3:06cv17/MCR/EMT

OFFICER BOLTON and
DOCTOR HART,
     Defendants.

_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's third report and recommendation dated November 6, 2008 (Doc. 72). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

     Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2. Defendant Hart's motion for summary judgment (Docs. 55, 67) is **GRANTED** as to Plaintiff's claims that Dr. Hart failed to provide treatment (Cosopt drops) for glaucoma in his left eye, failed to provide eye drops (Pilocarpine drops) for his right eye after August 7, 2003, and failed to provide laser surgery for his right eye, in violation of the Eighth Amendment.

     3. Defendant Hart's motion for summary judgment (Docs. 55, 67) is **DENIED** as to Plaintiff's claims that Dr. Hart unreasonably delayed the provision of eye drops (Pilocarpine

drops) for Plaintiff's right eye and scheduling a consultation with an opthalmologist until August 7, 2003, and failed to provide prescription glasses, in violation of the Eighth Amendment.

    4.  Defendant Bolton's motion for summary judgment (Docs. 52, 66) is **DENIED**.

    5.  Plaintiff's equal protection claim, to the extent he asserts one, is **DISMISSED** for failure to state a claim upon which relief may be granted.

    **DONE AND ORDERED** this 9th day of December, 2008.


                           *s/ M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**