UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL T. NEAL,

    Plaintiff,

v.                                      CASE NO.: 3:06cv17/MCR/EMT

OFFICER BOLTON and
DR. HART,

    Defendants.
    _____/

**O R D E R**

    This matter is before the court on the Motion to Renew Motion for Summary Judgment filed on behalf of defendant, Officer Bolton. (Doc. 115). Plaintiff has responded in opposition. (Doc. 125). On initial review, the court finds that defendant has failed to offer any cause or explanation as to why the information submitted in support of defendant's motion was not disclosed during the special report process. Defendant shall be allowed five days from the date of this order to show good cause for the untimely submission of the supporting information. Absent a showing of good cause, the motion will be denied.

    **SO ORDERED** this 4th day of November, 2009.


                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT COURT**